**Order filed, February 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00847-CV

_____

**MARCUS LADETTE DUNCAN, Appellant**

**V.**

**ARDMORE APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1099611**

---

## ORDER

The reporter's record in this case was due December 27, 2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter for the County Civil Court at Law No. 4 to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM